# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201800121**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**ALEXANDER J. CROYLE**
Aviation Electronics Technician Airman (E-3), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
Convening Authority: Commander, Navy Region Southeast, Naval Air Station, Jacksonville, FL.
Staff Judge Advocate's Recommendation: Commander George W. Lucier, JAGC, USN.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 30 July 2018

———————————————

Before WOODARD, HUTCHISON, and STEPHENS, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the military judge awarded the appellant 100 days of confinement credit for a violation of Article 13, UCMJ.

For the Court



R.H. TROIDL
Clerk of Court